211 So.2d 327

Carson LOFTON et al.

v.

TRAVELERS INSURANCE COMPANY et al.

No. 49277.

June 21, 1968.

In re: Carson Lofton and his wife, Lucille W. Lofton applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Rapides. 208 So. 2d 739.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

SANDERS, J., is of the opinion that a writ should be granted.

BARHAM, J., is of the opinion that the writ should be granted.

211 So.2d 327

Viola Harlan PHILLIPS et al.

v.

HARDWARE MUTUAL CASUALTY COMPANY et al. and Liberty Mutual Insurance Company.

No. 49285.

June 21, 1968.

In re: Viola Harlan Phillips and Gussie Lee Phillips Wilson applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 209 So. 2d 795; 209 So.2d 798.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.